McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. F-04-5185 OWW |
| Plaintiff, | ORDER GRANTING GOVERNMENT'S *EX PARTE* APPLICATION REGARDING ASSET SUBJECT TO FORFEITURE |
| v. | |
| ANABERTHA CASILLAS, et. al., | |
| Defendants. | |

IT IS HEREBY ORDERED, that the United States is authorized to submit a Statement of Claim For Excess Proceeds from the foreclosure sale of real property located at 900 W. Canal Drive, Turlock, California, APN:061-042-006 and upon delivery to restrain the proceeds pending the resolution of the criminal forfeiture matter. The proceeds shall be held in the custody and control of the United States Marshals Service pending further order of the Court.

DATED: July 11, 2005           /s/ OLIVER W. WANGER
                               OLIVER W. WANGER
                               U.S. DISTRICT JUDGE