McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
Federal Building
2500 Tulare Street, Ste. 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:04-CR-5185 OWW |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF FORFEITURE |
| | ) | RE PERSONAL PROPERTY OF ANABERTHA |
| v. | ) | CASILLAS AND FRANCISCO MARRERO |
| | ) | FARIAS |
| ANABERTHA CASILLAS, AND | ) | |
| FRANCISCO MARRERO FARIAS, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   Based upon the plea agreements entered into between plaintiff United States of America and defendants Anabertha Casillas and Francisco Marrero Farias, it is hereby

   ORDERED, ADJUDGED AND DECREED as follows:

   1.  Pursuant to 21 U.S.C. § 853, defendant Anabertha Casillas' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   (a)  Approximately $43,141.01 in foreclosure sale proceeds as a sub *res* in lieu of the real property located at 900 West Canal Drive, #110, Turlock, California, APN: 061-042-006.

   2.  Pursuant to 21 U.S.C. § 853, defendant Francisco Marrero

Farias's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    (a)    Approximately $11,185.00 in U.S. Currency seized on or about June 29, 2004 from the residence located at 9669 Driftwood Avenue, Delhi, California.

3.  That the above-listed forfeited properties constitute or were derived from proceeds defendants obtained directly or indirectly as a result of a violation of 21 U.S.C. §§ 841(a)(1) and 846 and/or were used or intended to be used in any manner or part to commit and to facilitate the commission of said violations.

4.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-described properties.  That the aforementioned forfeited properties shall be seized and held by the United States Marshals Service, in its secure custody and control.

5.  a.  Pursuant to 21 U.S.C. § 853(n) and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the <u>Modesto Bee</u> (Stanislaus County) and the <u>Merced Sun Star</u> (Merced County), newspapers of general circulation located in the counties in which the above-described properties were seized and/or are located, notice of this Order, notice of the Attorney General's intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the defendants, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

      b.  This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the properties, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought.

      c.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

6.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   June 1, 2006**               /s/ **Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE

3