McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
Federal Building
2500 Tulare Street, Ste. 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:04-CR-5185 OWW |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE RE |
| | ) | PERSONAL PROPERTY OF FRANK |
| v. | ) | GABRIEL ROMERO, ANABERTHA |
| | ) | CASILLAS AND FRANCISCO MARRERO |
| FRANK GABRIEL ROMERO, | ) | FARIAS |
| ANABERTHA CASILLAS, and | ) | |
| FRANCISCO MARRERO FARIAS. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   WHEREAS, on October 27, 2005, this Court entered a Preliminary Order of Forfeiture as to Frank Gabriel Romero pursuant to the provisions of 21 U.S.C. § 853, based upon the plea agreement entered into between plaintiff and defendant Frank Gabriel Romero forfeiting to the United States the following property:

   a)   Miscellaneous Electronic Equipment seized on or about July 21, 2004, from the residence located at 619 Starr Avenue, Apt. 1, Turlock, California; and

   b)   Miscellaneous Jewelry seized on or about July 21, 2004, from the residence located at 619 Starr Avenue, Apt. 1, Turlock, California.

   AND WHEREAS, on June 5, 2006, this Court entered a Preliminary Order of Forfeiture Re Personal Property of Anaberta Casillas and

1

Francisco Marrero Farias pursuant to the provisions of 21 U.S.C. § 853, based upon the plea agreements entered into between plaintiff and defendants Anabertha Casillas and Francisco Marrero Farias forfeiting to the United States the following property:

      c) Approximately $43,141.01 in foreclosure sale proceeds as a sub *res* in lieu of the real property located at 900 West Canal Drive, #110, Turlock, California, APN: 061-042-006; and

      d) Approximately $11,185.00 in U.S. Currency seized on or about June 29, 2004 from the residence located at 9669 Driftwood Avenue, Delhi, California.

AND WHEREAS, on November 16, 23, and 30, 2005, the United States published notice of the Court's Preliminary Order of Forfeiture as to Frank Gabriel Romero in <u>The Modesto Bee</u> (Stanislaus County), a newspaper of general circulation located in the county in which the subject properties were seized.

AND WHEREAS, on June 23, 30 and July 7, 2006, the United States published notice of the Court's Preliminary Order of Forfeiture Re Personal Property of Anabertha Casillas and Francisco Marrero Farias in <u>The Modesto Bee</u> (Stanislaus County), and on June 26, July 3 and 10, 2006, in the <u>Merced Sun-Star</u> (Merced County), newspapers of general circulation located in the county in which the subject properties were seized and/or are located. Said published notices advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited properties;

AND WHEREAS, the Court has been advised that the United States of America provided direct written notice to the following persons or entities known to have an interest in the above-described

2

properties:

        a)    Monica C. Morales

        b)    Roselia Mora Herrera

        c)    Cesar and Maria Santos c/o Mr. David Balakian

        d)    Andres Casillas

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject properties, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed properties pursuant to 21 U.S.C. § 853, to be disposed of according to law, including all right, title, and interest of defendants Frank Gabriel Romero, Anabertha Casillas and Francisco Marrero Farias:

        a)    Miscellaneous Electronic Equipment seized on or about July 21, 2004, from the residence located at 619 Starr Avenue, Apt. 1, Turlock, California;

        b)    Miscellaneous Jewelry seized on or about July 21, 2004, from the residence located at 619 Starr Avenue, Apt. 1, Turlock, California;

        c)    Approximately $43,141.01 in foreclosure sale proceeds as a sub *res* in lieu of the real property located at 900 West Canal Drive, #110, Turlock, California, APN: 061-042-006; and

        d)    Approximately $11,185.00 in U.S. Currency seized on or about June 29, 2004 from the residence located at 9669 Driftwood Avenue, Delhi, California.

2. All right, title, and interest in the above-listed properties shall vest solely in the United States of America.

///

///

3

3. The United States Marshals Service shall maintain custody of and control over the subject properties until they are disposed of according to law.

IT IS SO ORDERED.

**Dated:   January 26, 2007**              /s/ Oliver W. Wanger
emm0d6                                                   UNITED STATES DISTRICT JUDGE